## UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Kelly Samantha Wilson            Docket No. 7:13-MJ-1142-1RJ

### Petition for Action on Probation

    COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kelly Samantha Wilson, who, upon a plea of guilty to Damage to Personal Property in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 14-160, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on February 5, 2014, to a 12 month term of probation under the standard conditions adopted by the court.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    The supervising probation officer in the District of South Carolina has requested the judgment be modified by the addition of a mental health treatment condition in order to effectively supervise Ms. Wilson. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

    **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a mental health counseling program as approved by the U.S. Probation Officer, until such time as the defendant is released from the program by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Chip Williams<br>Chip Williams<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-815-4857<br>Executed On: March 20, 2014 |

### ORDER OF COURT

Considered and ordered this 20 day of March, 2014, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge